UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH MARINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 11-11537-LTS |
| KYLE CONTI CONSTRUCTION, LLC, | ) |
| Defendant. | ) |

ORDER ON MOTION UNDER F.R.C.P. 62.1

February 27, 2014

SOROKIN, C.M.J.

The parties' Joint Motion to Enforce Settlement Agreement and Vacate Judgment (Docket #87) is ALLOWED to the extent that the Court states, under Federal Rule of Civil Procedure 62.1, that it would allow the relief sought in the motion, if the Court of Appeals remands for that purpose.

    /s/ Leo T. Sorokin
Leo T. Sorokin
Chief U.S. Magistrate Judge